IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION


**JOHN PETER RANDALL,**

    **Plaintiff,**

vs.                                    Case No. 5:03cv220-MMP/WCS

**CHARLIE CRIST,**
**Florida Attorney General,**

    **Defendant.**

_____/


## O R D E R

Before the Court is Plaintiff's motion for judgment by default against Defendant. Doc. 31. The *pro se* Plaintiff asserts that Defendant was served on March 31, 2005, and because it has been over sixty (60) days without a response to the complaint, a default judgment is appropriate. *Id.*

Review of this file indicates that attached to a motion for assistance of counsel filed by Plaintiff on June 6, 2005, doc. 27, was a certified mail receipt indicating summons was sent to Defendant Charlie Crist on May 31, 2005.[1] On July 5, 2005, Plaintiff filed a notice of service of summons. Doc. 28. Attached to the notice was a delivery mail receipt. *Id.* Unfortunately, the handwriting of the recipient and the date of

---

[1] Thus, there is some confusion by Plaintiff whether Defendant was served on March 31st or May 31st. *Cf.* docs. 27, 31.

delivery is not legible on the Court's electronic docket. A search for the original copy of that document has been unsuccessful as well. Thus, it is not clear for the Court exactly when Defendant received the mailing, and it is less clear what documents were included in the mailing.

No notice of appearance has been filed on behalf of Defendant Crist. No response to the complaint has been received either. However, because it is unclear that a default judgment is appropriate, this Order directs a response from Defendant Charlie Crist and Defendant must show good cause why default judgment should not be entered in this case.

Accordingly, it is **ORDERED:**

1. Ruling is **DEFERRED** on Plaintiff's motion for judgment by default, doc. 31.

2. The Clerk of Court shall provide a copy of Plaintiff's motion, doc. 31, along with this Order to the Defendant, Florida Attorney General Charlie Crist, at the address provided by Plaintiff on the summons attached to the motion, doc. 31.

3. Defendant Crist shall have until **September 6, 2005**, in which to file a response to this order which demonstrates why Plaintiff's motion for default judgment should not be granted.

4. The Clerk of Court shall return this file to the undersigned upon the Defendant's filing of a response to this order, or no later than September 6, 2005.

**DONE AND ORDERED** on August 11, 2005.

    s/    William C. Sherrill, Jr.
    **WILLIAM C. SHERRILL, JR.**
    **UNITED STATES MAGISTRATE JUDGE**