IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN PETER RANDALL,

    Plaintiff,

v.                                           CASE NO. 5:03-cv-00220-MP-WCS

CHARLIE CRIST,
Florida Attorney General,

    Defendant.

_____/

## O R D E R

        This matter is before the Court on Doc. 39, Report and Recommendations of the Magistrate Judge, recommending that Doc. 31, Petitioner's motion for default judgment, be denied and the Defendant directed to file a response to Plaintiff's complaint within 10 days of this order. Additionally, the Magistrate recommended that this case be remanded for further proceedings. The Magistrate Judge filed the Report and Recommendation on Wednesday, September 28, 2005. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made. In this instance, however, no objections were made. Therefore, having considered the Magistrate's Report and Recommendations, I have determined that the Report and Recommendations should be ADOPTED.

        **ORDERED AND ADJUDGED:**

    1.     The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

    2.     Petitioner's motion for default judgment, Doc. 31, is denied. The Defendant is

directed to file a response to Plaintiff's complaint within 10 days of this order.

3. This case is remanded for further proceedings.

**DONE AND ORDERED** this   *1st* day of November, 2005

*s/Maurice M. Paul*

Maurice M. Paul, Senior District Judge
