IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

JOHN PETER RANDALL,

    Plaintiff,
v.                                      CASE NO. 5:03-cv-00220-MP-WCS

CHARLIE CRIST,
Florida Attorney General,

    Defendants.
_____/

## **O R D E R**

This matter is before the Court on Doc. 44, Report and Recommendations of the Magistrate Judge, recommending that defendant's motion to dismiss, Doc. 40, be granted. The Magistrate Judge filed the Report and Recommendation on Thursday, January 12, 2006. The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections. The defendant has objected to the Magistrate's findings, Doc. 45. Pursuant to Title 28, United States Code, Section 636(b)(1), this Court must make a *de novo* review of those portions to which an objection has been made.

In his objections, plaintiff claims that he is entitled to money damages because defendant was "negligent." As the Magistrate correctly points out, however, "the Eleventh Amendment is an absolute bar to a § 1983 suit for monetary damages by an individual against a state or its agencies, or against officers or employees of the state or its agencies in their official capacities." Doc. 44 at 2 (internal footnote omitted). None of the exceptions to this rule apply in this case. Therefore, plaintiff is not entitled to money damages, regardless of whether defendant was "negligent" as claimed by the plaintiff.

Additionally, plaintiff requests that counsel be appointed to assist him in his cause. Appointment of counsel in a civil case "is a privilege that is justified only by exceptional circumstances, such as where the facts and legal issues are so novel or complex as to require the assistance of a trained practitioner." <u>Fowler v. Jones</u>, 899 F.2d 1088, 1096 (11th Cir. 1990) (citations omitted). The legal issues raised in this case are neither novel nor complex. Therefore, plaintiff's request is denied.

Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's motion to dismiss, Doc. 40, is granted. The Clerk is directed to close this case.

**DONE AND ORDERED** this _2nd_ day of February, 2006

<u>*s/Maurice M. Paul*</u>
Maurice M. Paul, Senior District Judge